IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WILLIE JEFFERSON

           Plaintiff,

v.                                     Case No. 15-cv-650-wmc

L.C. WARD, ET EL,

           Defendants.

---

### DECLARATION OF DAVID CHRISTENSEN

---

I, David Christensen, hereby declare and state the following:

1. I was the Camp Administrator/Executive Assistant at FCI Oxford from September 2014 until December 2016, when I was promoted to Associate Warden at FCI Florence, Colorado. I have worked for the BOP since 1996

2. The plaintiff, former inmate Willie Jefferson, alleges that while I was Camp Administrator/Executive Assistant at FCI Oxford, I violated his right to practice his religion under the Religious Freedom Restoration Act (RFRA) by imposing an "informal, unwritten blanket ban" on prayer in the institution other than in the religious services area and living quarters. He claims that because the religious services area was often unavailable and his living quarters were too small for him to pray, I imposed a substantial burden on his ability to practice his religion.

3. As the Camp Administrator, I was responsible for the day-to-day management of the camp, but I was not directly involved in determining when or where inmates could or could not pray.

4. I deny I was aware of, or that I personally participated in the denial of any inmate's religious rights. I also deny ever establishing or implementing an informal,

unwritten practice or policy concerning when or where inmates could or could not pray. If an issue arose regarding an inmate's practice of his religion, I would refer the issue to the Supervisory Chaplain to address because he would have been the subject matter expert. My involvement would have been limited to seeking reassurance we were following BOP policy and not infringing on the statutory or constitutional rights of an inmate.

5.   Concerning Jefferson's allegation that the rated capacity and total capacity for FCI/FPC-Oxford were incorrectly calculated for purposes of BOP Program Statement 1060.11, Section 7.c(4)(b), I had no personal or direct involvement in making the calculations, and I have no knowledge of any miscalculations.

I declare under penalty of perjury in accordance with the provisions of 18 U.S.C. § 1746 that the foregoing is true and correct.

David Christensen
Associate Warden
FCI Florence