IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIE JEFFERSON,

    Plaintiff,

  v.

Case No. 15-cv-650-wmc

L.C. WARD,
DAVID B. CHRISTENSEN,
E. HARRIS AND RYAN WILLIS,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| s/ | 1/11/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |